## HINES *v.* WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 71, September Term, 1959.]

*Decided January 19, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRES-
COTT and HORNEY, JJ.

PER CURIAM.

It appearing that at the hearing below a question not re-
ferred to in the petition was raised as to whether or not the
applicant was entitled to a belated appeal, that this question
was not passed upon by the trial court and that a letter there
referred to in connection with this matter was not produced,
though it was later found among the records of the trial court,
it is *ORDERED* this 19th day of January, 1960, that leave
to appeal be and it is hereby granted and the case is remanded
to the Criminal Court of Baltimore for consideration, and
leave is granted to the applicant to amend his petition so as to
present said question, without prejudice to further considera-
tion by this Court of other questions presented by his ap-
plication for leave to appeal, if said application should be
renewed.